O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO REYES VALDEZ,<br><br>Petitioner,<br><br>v.<br><br>VINCE CULLEN, Warden,<br><br>Respondent. | Case No. 2:10-cv-05252-JLS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition (Dkt. 157), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 175). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 179) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: November 21, 2025

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE