JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO REYES VALDEZ, | Case No. 2:10-cv-05252-JLS-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| VINCE CULLEN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: November 21, 2025

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE